# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JAMES PITTS | Case No.   6:11CR60034-001 |
|  | USM No.   10797-010 |
|  | Alex Wynn |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒  admitted guilt to violation of condition(s)   as listed below   of the term of supervision.

☐  was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | New Law Violation: Possession of Cocaine with Purpose to Deliver less than 2 grams | April 1, 2020 |
| Two | Leaving the District Without Permission | April 1, 2020 |
| Three | Associating with a Convicted Felon | April 1, 2020 |
| Five | Failure to Follow the Instructions of the Probation Officer | April 1, 2020 |
| Six | Use of Controlled Substances | March 17, 2020 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   5127

Defendant's Year of Birth:   1985

City and State of Defendant's Residence:
Hot Springs, Arkansas

December 15, 2020
Date of Imposition of Judgment

*Susan O. Hickey*
Signature of Judge

Susan O. Hickey, Chief United States District Judge
Name and Title of Judge

December 16, 2020
Date

AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: JAMES PITTS
CASE NUMBER: 6:11CR60034-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
**24 months imprisonment with credit for time served in federal custody since June 24, 2020. No term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
**That the defendant take part in any substance abuse treatment program for which he is qualified.**
**That the defendant be incarcerated in FCI Forrest City, Arkansas or FCI Memphis, Tennessee.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL